# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: BRELJE, MATTHEW T. | § Case No. 10-57171 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 29, 2010. The undersigned trustee was appointed on December 29, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     12,678.63

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 12,678.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/07/2011 and the deadline for filing governmental claims was 06/07/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,017.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $60.00, for a total compensation of $60.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2011         By:/s/RICHARD M. FOGEL
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-57171
Case Name: BRELJE, MATTHEW T.

Trustee: (330720) RICHARD M. FOGEL
Filed (f) or Converted (c): 12/29/10 (f)
§341(a) Meeting Date: 02/15/11

Period Ending: 06/27/11

Claims Bar Date: 06/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3233 W. Lake Street, Chicago, Illinois 60624, Tw<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | | 0.00 | 200,000.00 |
| 2 | 1505 W. Huron, Chicago, Illinois 60622 3 Flat Re<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500,000.00 | 0.00 | | 0.00 | 500,000.00 |
| 3 | Bank of America Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.18 | 300.18 | | 0.00 | 300.18 |
| 4 | Chase Bank Checking Account- 9192<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,678.42 | 9,612.67 | | 9,612.67 | FA |
| 5 | Citibank Checking Account- 3121<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,819.87 | 417.97 | | 417.97 | FA |
| 6 | Citibank Savings/Money Market- 2574<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,172.02 | 2,172.02 | | 2,172.02 | FA |
| 7 | Merrill Lynch<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | United Credit Union Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 117.00 | 117.00 | | 0.00 | 117.00 |
| 9 | Fifth Third Bank Checking account for MBX Manage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 375.00 | 375.00 | | 0.00 | 375.00 |
| 10 | Chase Bank Checking account for MBX Management L<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,419.31 | 3,419.31 | | 0.00 | 3,419.31 |
| 11 | Fifth Third Bank Account for MBX Management LLC<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 208.64 | 208.64 | | 0.00 | 208.64 |
| 12 | Chase Bank Account for MBX Management LLC | 14,469.25 | 14,469.25 | | 0.00 | 14,469.25 |

Printed: 06/27/2011 10:53 AM   V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-57171  
Case Name: BRELJE, MATTHEW T.  
Period Ending: 06/27/11

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 12/29/10 (f)  
§341(a) Meeting Date: 02/15/11  
Claims Bar Date: 06/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Huron<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 |  |  |  |  |  |
| 13 | Fifth Third Bank Account for MBX Management LLC<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 318.70 | 318.70 |  | 0.00 | 318.70 |
| 14 | Chase Bank Account for MBX Management LLC Ohio S<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,159.44 | 9,159.44 |  | 0.00 | 9,159.44 |
| 15 | Household goods and furnishings<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 |  | 0.00 | 2,000.00 |
| 16 | Books and Compact Discs<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 |  | 0.00 | 500.00 |
| 17 | Wedding Ring, Platinum Band<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 |  | 0.00 | 100.00 |
| 18 | Fender Stratocaster Guitar<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 |  | 0.00 | 100.00 |
| 19 | Ovation Acoustic Guitar<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 |  | 0.00 | 50.00 |
| 20 | Ibanez Bass Guitar<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 |  | 0.00 | 100.00 |
| 21 | Sound Amplifiers<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 |  | 0.00 | 500.00 |
| 22 | Emmis Communications Corporation 401(k) Plan Mer<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 52,038.11 | 0.00 |  | 0.00 | 52,038.11 |
| 23 | MBX Management LLC | 0.00 | 0.00 |  | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-57171  
Case Name: BRELJE, MATTHEW T.  
Period Ending: 06/27/11  

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 12/29/10 (f)  
§341(a) Meeting Date: 02/15/11  
Claims Bar Date: 06/07/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24 | MBX Management LLC Huron Series This entity is s<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | MBX Management LLC, Ohio Series This entity is w<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 375,000.00 | 0.00 | | 0.00 | 375,000.00 |
| 26 | MBX Management LLC, Richmond Series This entity<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 325,000.00 | 0.00 | | 0.00 | 325,000.00 |
| 27 | Stock in Emmis Communications Corporation Held a<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 711.00 | 300.00 | | 300.00 | FA |
| 28 | Stock in Emmis Communications Held at Merrill Ly<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 361.00 | 175.00 | | 175.76 | FA |
| 29 | 2009 Jeep Wrangler 10,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | 20,000.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.21 | Unknown |
| 30 | Assets Totals (Excluding unknown values) | $1,523,497.94 | $42,395.18 | | $12,678.63 | $1,503,755.63 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    June 30, 2012         Current Projected Date Of Final Report (TFR):    June 30, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-57171 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | BRELJE, MATTHEW T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***2934 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/11 | | CHASE BANK | Turnover of non-exempt funds and personal property | | 12,678.42 | | 12,678.42 |
| | {4} | | 9,612.67 | 1129-000 | | | 12,678.42 |
| | {5} | | 417.97 | 1129-000 | | | 12,678.42 |
| | {6} | | 2,172.02 | 1129-000 | | | 12,678.42 |
| | {27} | | 300.00 | 1129-000 | | | 12,678.42 |
| | {28} | | 175.76 | 1129-000 | | | 12,678.42 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 12,678.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,678.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,678.63 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 12,678.63 | 0.00 | $12,678.63 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 12,678.63 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $12,678.63 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******39-65 | 12,678.63 | 0.00 | 12,678.63 |
| | $12,678.63 | $0.00 | $12,678.63 |

{} Asset reference(s)

Printed: 06/27/2011 10:53 AM    V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57171
Case Name: BRELJE, MATTHEW T.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**    $    12,678.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    12,678.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 60.00 | 0.00 | 60.00 |

Total to be paid for chapter 7 administration expenses:    $    60.00
Remaining balance:    $    12,618.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    12,618.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    12,618.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12,618.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12,618.63 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 12,618.63 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,618.63.

**UST Form 101-7-TFR (05/1/2011)**