UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | Case No. 10-57171 |
|---|---|---|
| | ) | |
| BRELJE, MATTHEW T., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S AMENDED FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on July 28, 2011 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: July 14, 2011                               By:  /s/ Richard M. Fogel
                                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BRELJE, MATTHEW T. § Case No. 10-57171
§
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 12,678.73 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 12,678.73 |
| **Balance on hand:** | $ 12,678.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,678.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 244.37 | 0.00 | 244.37 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 244.37 |
| Remaining balance: | $ 12,434.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 12,434.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,434.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12,434.36 |

Tardily filed claims of general (unsecured) creditors totaling $ 977.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RALPH SCHWAB & SCHIEVER, CHTD. | 977.50 | 0.00 | 977.50 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 977.50 |
| Remaining balance: | $ | 11,456.86 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 11,456.86

The amount of surplus returned to the debtor after payment of all claims and interest is $11,456.86.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-57171-JPC
Matthew T. Brelje                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 2              Date Rcvd: Jul 15, 2011
                              Form ID: pdf006            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2011.
db         +Matthew T. Brelje,    28 E. Jackson Boulevard,    10th Floor, Suite M100,    Chicago, IL 60604-2263
aty        +Richard G. Fonfrias,    Fonfrias Law Group, LLC.,    70 West Madison Suite 1400,
             Chicago, IL 60602-4267
aty        +Steven J Brody,    Steven J. Brody & Associates, Ltd.,    15 W. Woodstock St,
             Crystal Lake, IL 60014-4209
tr         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766
16603487   +Amalgamated Bk Chicago,    1 W Monroe St,    Chicago, IL 60603-5384
16603488   +Bank Of America,    301 Rockerimmon Blvd,    Colorado Springs, CO 80919-2303
16603489    Beth Starett,    1712 N. Richomnd St., Garden Unit,    Chicago, IL 60647
16603490   +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
16603491   +Carmaxfin,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
16603492    Chad Meyer,    21712 N. Richmond Street,    Chicago, IL 60647
16603493   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16603494   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16603496    Citimortgage, Inc,    PO Box 183040,    Columbus, OH 43218-3040
16603497   +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Ste 100,    Burr Ridge, IL 60527-6921
16603498   +Craig Miner,    c/o Cavenaugh Law Group,    200 W. Madison Street, Suite 2050,
             Chicago, IL 60606-3442
16603499    Donny Rodriguez,    1505 W. Huron, 2nd/3rd Floor,    Chicago, IL 60622
16603500    Eliaz Rodriguez,    1505 W. Huron, 2nd/3rd Floor,    Chicago, IL 60622
16603502    Emigrant Mortgage,    Grand Central Post Office,    P.O. box 5494,    New York, NY 10163-5494
16603503   +Emigrant Mortgage Co,    5 E 42nd St,    New York, NY 10017-6904
16603504    Gabriel Ponce,    1505 W. Huron, 2nd/3rd Floor,    Chicago, IL 60622
16603506   +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
16603507   +Heidi Gaytan,    1936 W. Ohio, Unit 1,    Chicago, IL 60622-5576
16603508   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16603509   +Jason Geller,    1505 W. Huron Street, First Floor,    Chicago, IL 60642-6115
16603510   +Joseph Crawford,    1936 W. Ohio Street, Unit 1,    Chicago, IL 60622-5576
16603511   +Karen Finstad,    1505 Huron Street, First Floor,    Chicago, IL 60642-6115
16603512   +Ken Bacon,    1936 W. Ohio, Unit 1,    Chicago, IL 60622-5576
16603513   +Kristin Wyman,    c/o Bradford Miller Law, P.C.,    321 N. Clark Street, Suite 500,
             Chicago, IL 60654-4769
16603514   +Maureen Fishback,    1936 W. Ohio Street,    Chicago, IL 60622-5576
16603515   +Meachum & Starck,    Lauren K. Meachum,    225 W. Washington Street, Ste 1400,
             Chicago, IL 60606-3486
16603516    Michael Dunn,    1505 W. Huron Street, Garden Unit,    Chicago, IL 60622
16603517    Michael Ralph,    175 E. 'Hawthorn Parkway, Suite 345,    Chicago, IL 60611
16603518   +Miguel Merino,    1936 W.Ohio Street, Unit 1,    Chicago, IL 60622-5576
16603519   +Ncb Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
16603523    PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
16603520   +Paige Sandin,    1936 W./ Ohio Street, Unit 1,    Chicago, IL 60622-5576
16603521   +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
16603522   +Pnc Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
17538122   +Ralph, Schwab & Schiever, Chtd.,    175 E. Hawthorn Parkway,    Suite 345,
             Vernon Hills, IL 60061-1460
16603524   +Ricardo Ponce,    1505 W. Huron,    Chicago, IL 60642-6115
16603525    Richards, Ralph & Schwab,    175 E. Hawthorn Parkway, Suite 345,    Chicago, IL 60611
16603526   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16603527   +Rochelle Guindon,    c/o Bradford Miller Law, P.C.,    321 N. Clark Street, Suite 500,
             Chicago, IL 60654-4769
16603528   +Sarah Scheurich,    1936 W. Ohio Street,    Chicago, IL 60622-5576
16603529   +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16603530   +United Credit Union,    4444 S Pulaski Rd,    Chicago, IL 60632-4011
16603531   +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16603533   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
             MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
16603532   +Wayne Jesche,    1712 N. Richmond Street,    Chicago, IL 60647-5124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16603505      E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2011 00:14:02     Green Tree Servicing L,
             332 Minnesota St Ste 610,    Saint Paul, MN 55101
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16603501      Emigrant Mortgage,    Grand Central Post Office
aty*       +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766

```
District/off: 0752-1           User: kseldon              Page 2 of 2                    Date Rcvd: Jul 15, 2011
                               Form ID: pdf006            Total Noticed: 50

16603495     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2011**                    **Signature:**    _Joseph Speetjens_