# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BRELJE, MATTHEW T.                                  § Case No. 10-57171
                                                           §
                                                           §
                                                           §
Debtor(s)                                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00  *(without deducting any secured claims)* | Assets Exempt: $54,038.11 |
| Total Distribution to Claimants: $977.50 | Claims Discharged Without Payment: $1,315.00 |
| Total Expenses of Administration: $244.87 | |

    3) Total gross receipts of $ 12,678.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,456.45 (see **Exhibit 2**), yielded net receipts of $1,222.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,785,944.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,017.88 | 244.87 | 244.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,290.00 | 977.50 | 977.50 | 977.50 |
| **TOTAL DISBURSEMENTS** | $1,788,234.00 | $2,995.38 | $1,222.37 | $1,222.37 |

4) This case was originally filed under Chapter 7 on December 29, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011     By: /s/RICHARD M. FOGEL
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank Checking Account- 9192 | 1129-000 | 9,612.67 |
| Citibank Checking Account- 3121 | 1129-000 | 417.97 |
| Citibank Savings/Money Market- 2574 | 1129-000 | 2,172.02 |
| Stock in Emmis Communications Corporation Held a | 1129-000 | 300.00 |
| Stock in Emmis Communications Held at Merrill Ly | 1129-000 | 175.76 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | **$12,678.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRELJE, MATTHEW T. | 90.36% dividend on Claim # SURPLUS, Ref: | 8200-000 | 11,456.45 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$11,456.45** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Green Tree Servicing L | 4110-000 | 45,604.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 382,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N A | 4110-000 | 89,017.00 | N/A | N/A | 0.00 |
| NOTFILED | Emigrant Mortgage Co | 4110-000 | 475,339.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncb Ne Er | 4110-000 | 56,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 313,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 397,548.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Carmaxfin | 4110-000 | 24,889.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,785,944.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,017.88 | 244.87 | 244.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,017.88 | 244.87 | 244.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RALPH SCHWAB & SCHIEVER, CHTD. | 7200-000 | 975.00 | 977.50 | 977.50 | 977.50 |
| NOTFILED | Peoplesene | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Guindon c/o Bradford Miller Law, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-Fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Bk Chicago | 7100-000 | 1,228.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristin Wyman c/o Bradford Miller Law, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Craig Miner c/o Cavenaugh Law Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,290.00 | 977.50 | 977.50 | 977.50 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-57171  
**Case Name:** BRELJE, MATTHEW T.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/15/11  

**Period Ending:** 09/01/11  

**Claims Bar Date:** 06/07/11  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3233 W. Lake Street, Chicago, Illinois 60624, Tw<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1505 W. Huron, Chicago, Illinois 60622 3 Flat Re<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500,000.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Savings Account<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.18 | 300.18 | | 0.00 | FA |
| 4 | Chase Bank Checking Account- 9192<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 12,678.42 | 9,612.67 | | 9,612.67 | FA |
| 5 | Citibank Checking Account- 3121<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,819.87 | 417.97 | | 417.97 | FA |
| 6 | Citibank Savings/Money Market- 2574<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,172.02 | 2,172.02 | | 2,172.02 | FA |
| 7 | Merrill Lynch<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | United Credit Union Savings Account<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 117.00 | 117.00 | | 0.00 | FA |
| 9 | Fifth Third Bank Checking account for MBX Manage<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 375.00 | 375.00 | | 0.00 | FA |
| 10 | Chase Bank Checking account for MBX Management L<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,419.31 | 3,419.31 | | 0.00 | FA |
| 11 | Fifth Third Bank Account for MBX Management LLC<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 208.64 | 208.64 | | 0.00 | FA |

Printed: 09/01/2011 06:55 AM    V.12.57

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57171  
**Case Name:** BRELJE, MATTHEW T.

**Period Ending:** 09/01/11

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Chase Bank Account for MBX Management LLC Huron<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 14,469.25 | 14,469.25 | | 0.00 | FA |
| 13 | Fifth Third Bank Account for MBX Management LLC<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 318.70 | 318.70 | | 0.00 | FA |
| 14 | Chase Bank Account for MBX Management LLC Ohio S<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9,159.44 | 9,159.44 | | 0.00 | FA |
| 15 | Household goods and furnishings<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | Books and Compact Discs<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 17 | Wedding Ring, Platinum Band<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 18 | Fender Stratocaster Guitar<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 19 | Ovation Acoustic Guitar<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 20 | Ibanez Bass Guitar<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 21 | Sound Amplifiers<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 22 | Emmis Communications Corporation 401(k) Plan Mer<br>    Orig. Asset Memo: Imported from original petition | 52,038.11 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57171  
**Case Name:** BRELJE, MATTHEW T.

**Period Ending:** 09/01/11

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 23 | MBX Management LLC<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | MBX Management LLC Huron Series This entity is s<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | MBX Management LLC, Ohio Series This entity is w<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 375,000.00 | 0.00 | | 0.00 | FA |
| 26 | MBX Management LLC, Richmond Series This entity<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 325,000.00 | 0.00 | | 0.00 | FA |
| 27 | Stock in Emmis Communications Corporation Held a<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 711.00 | 300.00 | | 300.00 | FA |
| 28 | Stock in Emmis Communications Held at Merrill Ly<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 361.00 | 175.00 | | 175.76 | FA |
| 29 | 2009 Jeep Wrangler 10,000 miles<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.40 | FA |
| 30 | **Assets**   Totals (Excluding unknown values) | **$1,523,497.94** | **$42,395.18** | | **$12,678.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012        **Current Projected Date Of Final Report (TFR):**   June 28, 2011  (Actual)

Printed: 09/01/2011 06:55 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-57171 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | BRELJE, MATTHEW T. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******39-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2934 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/01/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/28/11 | | CHASE BANK | Turnover of non-exempt funds and personal property | | 12,678.42 | | 12,678.42 |
| | {4} | | 9,612.67 | 1129-000 | | | 12,678.42 |
| | {5} | | 417.97 | 1129-000 | | | 12,678.42 |
| | {6} | | 2,172.02 | 1129-000 | | | 12,678.42 |
| | {27} | | 300.00 | 1129-000 | | | 12,678.42 |
| | {28} | | 175.76 | 1129-000 | | | 12,678.42 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 12,678.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,678.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,678.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,678.73 |
| 07/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.09 | | 12,678.82 |
| 07/27/11 | | To Account #9200******3966 | Close account and transfer for final distributions | 9999-000 | | 12,678.82 | 0.00 |

|  |  | **ACCOUNT TOTALS** | 12,678.82 | 12,678.82 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 12,678.82 | |
| | | **Subtotal** | 12,678.82 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$12,678.82** | **$0.00** | |

{} Asset reference(s)                                                                                      Printed: 09/01/2011 06:55 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-57171
**Case Name:** BRELJE, MATTHEW T.

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******39-66 - Checking Account

**Taxpayer ID #:** **-***2934
**Period Ending:** 09/01/11

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/11 | | From Account #9200******3965 | Close account and transfer for final distributions | 9999-000 | 12,678.82 | | 12,678.82 |
| 07/29/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $244.87, Trustee Compensation; Reference: | 2100-000 | | 244.87 | 12,433.95 |
| 07/29/11 | 102 | RALPH SCHWAB & SCHIEVER, CHTD. | 100.00% dividend on Claim # 1, Ref: | 7200-000 | | 977.50 | 11,456.45 |
| 07/29/11 | 103 | BRELJE, MATTHEW T. | 90.36% dividend on Claim # SURPLUS, Ref: | 8200-000 | | 11,456.45 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 12,678.82 | 12,678.82 | **$0.00** |
| | | Less: Bank Transfers | | | 12,678.82 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 12,678.82 | |
| | | Less: Payments to Debtors | | | | 11,456.45 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$1,222.37** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******39-65** | 12,678.82 | 0.00 | 0.00 |
| **Checking # 9200-******39-66** | 0.00 | 1,222.37 | 0.00 |
| | $12,678.82 | $1,222.37 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2011 06:55 AM    V.12.57